IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL DARNELL OLIVER**                                                                              **PLAINTIFF**
**AIS #207467**

v.                                    Case No. 4:25-cv-00894-KGB

**VALERIE RHODES, Clerk,**
**Communication Center, AFB** *et al.*                                                              **DEFENDANTS**

## ORDER

Plaintiff Michael Darnell Oliver filed a *pro se* complaint in this district alleging claims pursuant to 42 U.S.C. § 1983 (Dkt. No. 2). According to the allegations in the complaint, Oliver is a current resident of Atmore, Alabama, and defendants are government officials who are employed in Washington, D.C. (Dkt. No. 2, at 1–4). From the facts alleged and the defendants named in Oliver's complaint, it appears that venue properly lies in the United States District Court for the District of Columbia. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the District of Columbia. 28 U.S.C. § 1406(a). It is therefore ordered that the Clerk of the Court is directed to transfer immediately Oliver's entire case file to the United States District Court for the District of Columbia.

It is so ordered this 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge